"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Griego, Anthony<br><br>Defendant. | Case No.: CR11-32-SJO<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CDCA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Backgrd, Cmty ties unknown; bail resources unknown; outstanding fta; supervision violation history; ongoing substance_

1   _history of abuse problem; ~~instance of~~ prior absconding from supervision_

2

3   and/or

4  B.   (X) The defendant has not met his/her burden of establishing by clear and

5       convincing evidence that he/she is not likely to pose a danger to the safety of any

6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This

7       finding is based on _underlying conv for narcotics_

8       _trafficking offense; substance abuse history_

9

10

11

12

13      IT THEREFORE IS ORDERED that the defendant be detained pending further

14  revocation proceedings.

15

16  DATED: __10/23/13__

17                                          ROBERT N. BLOCK
                                            UNITED STATES MAGISTRATE JUDGE